11090707
$5.01
10/12/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE                                       09-15649K

JAMES R. SMERNO                     ~~B-09-15659-KB~~

Debtor

       IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: James R. Smerno, 3412 Walnut Ave., Niagara Falls, NY 14301.

       Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $5.01 representing unclaimed funds belonging to the above-named debtor. The trustee's office has been advised that the debtor is now deceased.

Dated: October 6, 2010

ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE



FILED
OCT 12 2010
BANKRUPTCY COURT
BUFFALO, N.Y.